JS6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMAN KHRANYAN, <br> Petitioner, <br> v. <br> U.S. BUREAU OF PRISONS et al., <br> Respondents. | No. CV 13-07430-R (DFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: Feb. 6, 2014

_____
MANUEL L. REAL
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY